CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar #14853
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar #12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5080
Bianca.Pucci@usdoj.gov
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Search of:<br><br>PROPERTY KNOWN AS<br>6236 GENTLE WATERS COURT<br>CITY OF LAS VEGAS<br>COUNTY OF CLARK<br>STATE OF NEVADA | Case No. 2:15-mj-00268-NJK<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the documents in discovery.

DATED this 6th day of August, 2021.

Respectfully,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Bianca R. Pucci
BIANCA R. PUCCI
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In the Matter of the Search of:<br><br>PROPERTY KNOWN AS<br>6236 GENTLE WATERS COURT<br>CITY OF LAS VEGAS<br>COUNTY OF CLARK<br>STATE OF NEVADA | Case No. 2:15-mj-268-NJK<br><br>**Order to Unseal Case** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this 6th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE